United States District Court
for the District of New Jersey

| | |
|---|---|
| United States of America | : |
| Plaintiff | : Criminal No. 05-338 |
| v. | : |
| | : Order of Reassignment |
| Major T. Holmes | : |
| Defendant | : |

It is on this 14th day of July 2008,

O R D E R E D that the entitled action is reassigned

from Judge William G. Bassler to Judge Stanley R. Chesler.

S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court